IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr135DCB-LRA

KELVIN ROY THOMPSON a/k/a HOT
a/k/a OLDSCHOOL  21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

That on or about January 19, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KELVIN ROY THOMPSON a/k/a HOT a/k/a OLDSCHOOL**, did knowingly and intentionally distribute at least 5 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2

That on or about January 31, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KELVIN ROY THOMPSON a/k/a HOT a/k/a OLDSCHOOL**, did knowingly and intentionally distribute at least 5 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3

That on or about January 31, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **KELVIN ROY THOMPSON a/k/a HOT a/k/a OLDSCHOOL**, did knowingly and intentionally possess with the intent to distribute at least 5 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853(p).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 27th day of June, 2018.

UNITED STATES MAGISTRATE JUDGE