CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __Jackson__

COUNTY: __Hinds__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:18CR135DCB-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: ___YES _X_ NO

NAME/ALIAS: __Kelvin Roy Thompson a/k/a Hot a/k/a OldSchool__

**U.S. ATTORNEY INFORMATION:**

AUSA __Keesha Middleton__     BAR # __104549__

INTERPRETER: _X_ No   ___Yes   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__     ___PETTY   ___MISDEMEANOR   __3__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __21:841B=CD.F__ | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance | 1-3 |

Date: __6/18/18__     SIGNATURE OF AUSA: __[signature]__

Revised 2/26/2010