# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

| | | | |
|---|---|---|---|
| Before the Honorable Linda R. Anderson | | | |
| Initial Appearance/Arraignment | | | |
| Case Number: | 3:18cr135-DCB-LRA | UNITED STATES vs. THOMPSON | |
| Hearing Date: | 7/2/2018 | Time In and Out: | 15 min./14:34:45-14:47:28 |
| Clerk: | Winnie Goodwin | Courtroom: | 6-D |
| Defendant: | Kelvin Roy Thompson | Defendant's Counsel: | Jessica Bourne, AFPD |
| AUSA | Keesha Middleton | Pretrial/Probation: | Robert B. Wilder, Jr. |
| Interpreter: | n/a | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant waived reading of Indictment/Information |
| ☒ | Defendant enters a Not Guilty plea to all counts |
| ☒ | Discovery Order entered |
| ☒ | Trial Date: August 27, 2018 |

| Custody Status | | |
|---|---|---|
| ☒ | Government requesting detention. Defendant requests hearing. | |
| ☒ | Defendant detained pending hearing | July 3, 2018 at 11:00 a.m. |
| ☐ | Conditions | |

| Other | |
|---|---|
| ☐ | |