# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 3:18cr135-DCB-LRA | UNITED STATES vs. THOMPSON | |
| Hearing Date: | 7/3/2018 | Time In and Out: | 25 min./12:06:18-12:29:57 |
| Clerk: | Winnie Goodwin | Courtroom: | 6D |
| Defendant: | Kelvin Roy Thompson a/k/a Hot a/k/a Old School | Defendant's Counsel: | Michael Scott, AFPD |
| AUSA | Keesha Middleton | Pretrial/Probation: | Robert Wilder, Jr. |
| Interpreter: | n/a | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause      ☐ Court does not find probable cause

## Custody Status

- ☒ Detention Hearing held. Court found defendant should be remanded to the custody of the U.S. Marshal. Evidence and testimony on behalf of the Government through the testimony of Robert B. Wilder, Jr., USPO; and Exhibit G-1, Pretrial Services Report.

## Other

- ☐ Matter referred to ___ for final revocation hearing
- ☐