2204528

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL - 6 2018

BY_____ ARTHUR JOHNSTON _____ DEPUTY

| United States of America | )  |
| v. | )  |
| Kelvin Roy Thompson | )  | Case No.   3:18cr135DCB-LRA |
| (Wherever Found) | )  |
|  | )  |
|  | )  |
|  | )  |

*Defendant*

RECU USMS D43 27 JUN'18

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Kelvin Roy Thompson                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance

ARTHUR JOHNSTON, CLERK

Date:     06/27/2018                              _____
*Issuing officer's signature*

City and state:    _____        M. Beard, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   6-27-18  , and the person was arrested on *(date)*   6-29-18  at *(city and state)*   Jackson, MS   .  |
| Date:    6-29-18                _____ <br> *Arresting officer's signature* <br><br>  N. Boselli    _____ <br> *Printed name and title* |